IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOUSSAINT L'OUVERTURE MINETT, SR.,

    Plaintiff,

  v.                                                Case No. 19-cv-135-bbc

STEPHEN KRUTER,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| /s/ | 4/15/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |